**THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **WILLIE JAMES ATMORE,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **5:05-CV-170 (CAR)** |
| | : | |
| **J. DARRELL HART, Warden,** | : | |
| | : | |
| **Respondent.** | : | |

_____

*ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 22] that the above-captioned petition for federal habeas corpus relief be denied.  No objection to the recommendation has been filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; the instant petition for federal writ of habeas corpus is hereby **DENIED**.

**SO ORDERED**, this 21st day of December, 2005.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

chw